THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSIE S. JARDINE, Individually and as Trustee under the Will of GEORGE E. JARDINE, Deceased, Respondent, v. EDWARD F. BRUSH, as Mayor of the City of Mount Vernon, et al., Appellants.

*People ex rel. Jardine* v. *Brush,* 115 App. Div. 688, affirmed.
(Argued February 19, 1907; decided March 5, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1906, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to cancel and discharge a certain assessment against property of the relator and granted such motion.

*David Swits* for appellants.

*Charles P. Cowles* and *Justus A. B. Cowles* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

EMILY F. THYSON, Appellant, v. FREDERICK C. THYSON et al., Appellants.
MEYER GOLDBERG et al., Respondents.

*Thyson* v. *Thyson,* 114 App. Div. 911, affirmed.
(Argued February 19, 1907; decided March 5, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed an order of Special Term denying a motion to compel the respondents herein to complete their purchase of certain real property sold to them at a partition sale.

*John R. Farrar, Peter Cook* and *Frederick L. Drescher* for appellants.

*Philip S. Dean* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

PORTER D. SMITH, as Administrator of the Estate of AMY A. SMITH, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Smith* v. *Lehigh Valley R. R. Co.,* 112 App. Div. 903, affirmed.
(Argued February 22, 1907; decided March 5, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*James McCormick Mitchell* for appellant.

*Thomas Raines* for respondent.

*Per Curiam.* Inasmuch as the plaintiff, individually, is only entitled to a share of the proceeds of the recovery, the case is distinguishable from that of *O'Shea* v. *Lehigh Valley R. R. Co.* (79 App. Div. 254), and the question as to whether there could be a recovery for the benefit of the other members of the decedent's family is not raised by the request to charge " that if the carelessness or negligence of the plaintiff contributed in any degree, however slight, to cause the accident, the jury must find a verdict for the defendant of no cause of action." As to the question discussed in the *O'Shea* case we express no opinion.

The judgment should be affirmed, with costs.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ., concur; WERNER, J., not sitting.

Judgment affirmed.

35